# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132623

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 132623
                                        COA: 265109
                                        Berrien CC: 2004-406246-FC

GARY WILLIAMS,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007 _____

                                        Clerk

l0220